UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                      )
AMERICAN CIVIL LIBERTIES UNION        )   No. C09-0642RSL
OF WASHINGTON,                        )
                                      )
                Plaintiff,            )
       v.                             )   ORDER EXTENDING TIME FOR
                                      )   REPLY
U.S. DEPARTMENT OF JUSTICE,           )
                                      )
                Defendant.            )
_____)

This matter comes before the Court on the parties "Stipulation for Extension of Time to File Reply in Support of Second Motion for Reconsideration." Dkt. # 68. Pursuant to the agreement of the parties, the time in which defendant may file its reply to the second motion for reconsideration is hereby extended from June 3, 2011, to June 7, 2011. The Clerk of Court is directed to re-note defendant's "Notice of Motion and Second Motion for Reconsideration" (Dkt. # 63) on the Court's calendar for June 10, 2011.

Dated this 3rd day of June, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME FOR REPLY