UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
AMERICAN CIVIL LIBERTIES UNION     )   No. C09-0642RSL
OF WASHINGTON,                     )
                                   )
                Plaintiff,         )
      v.                           )   ORDER AMENDING "ORDER
                                   )   FOLLOWING *IN CAMERA* REVIEW"
U.S. DEPARTMENT OF JUSTICE,        )   (Dkt. # 80)
                                   )
                Defendant.         )
_____)

On September 21, 2012, the Court issued an order following *in camera* review requiring disclosure of certain information under the Freedom of Information Act. Dkt. # 80. Defendant sought reconsideration and has provided additional classified information regarding the applicability of Exemption 1 to Document Nos. 79, 80, and 84. Having reviewed the classified information, the Court finds that additional redactions are necessary. The "Order Following *In Camera* Review" (Dkt. # 80) is hereby AMENDED to allow redaction of:

   (a) the text in the "Attachments:" line of Document No. 79;

   (b) the icon and file name related to the attachment in Document No. 79;

   (c) the introductory clause of the first sentence of the third paragraph of NCIC-VGTOF-10567 of Document No. 80; and

   (d) the last paragraph of NCIC-VGTOF-10609 of Document No. 84.

ORDER AMENDING "ORDER FOLLOWING
*IN CAMERA* REVIEW" (Dkt. # 80)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this 6th day of December, 2012.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER AMENDING "ORDER FOLLOWING
*IN CAMERA* REVIEW" (Dkt. # 80)                -2-