THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | CASE No. C09-642RSL<br><br>**STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF CLAIMS** |

I. STIPULATION

Plaintiff American Civil Liberties Union of Washington ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through their undersigned counsel, hereby enter into this Settlement Agreement as follows:

1. In consideration for the release of Plaintiff's claims regarding attorneys' fees and costs against Defendant, the United States shall pay to Plaintiff within sixty (60) days of the execution of this Stipulation the sum of fifty thousand dollars ($50,000.00) payable to the ACLU of Washington Foundation via wire transfer, which sum Plaintiff and its counsel agree to accept as

**ACLUF** IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor, NY, NY 10004
(212) 549-2616

full settlement of any and all claims, credits, demands, rights and causes of action for attorneys' fees and costs incurred by Plaintiff in this action, and is inclusive of interest.

2. Upon execution of this Settlement Agreement, Plaintiff hereby releases and forever discharges Defendant and its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all past, present, or future claims for fees, costs, or litigation expenses in connection with the above-captioned litigation.

3. Upon the execution of this Settlement Agreement, Plaintiff hereby releases and forever discharges Defendant, and its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiff asserts or could have asserted in this litigation, or which hereinafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the FOIA request on which this action is based.

4. The parties acknowledge that this Settlement Agreement is entered solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Defendant regarding Plaintiff's entitlement to attorney's fees and other litigation costs under the FOIA.

5. The Parties agree that this Stipulation, including all the terms and conditions of this compromise settlement, may be made public in their entirety, and the Parties expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

6. The persons signing this Stipulation warrant and represent that they possess full authority to bind the entities, agencies and organizations on whose behalf they are signing to the terms of the Stipulation.

7. This Stipulation represents the entire agreement between the Parties with regard to the

2

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE
Case No. C09-642RSL

**ACLUF** IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor, NY, NY 10004
(212) 549-2616

matters set forth herein and no other agreements, understandings or representations, oral or otherwise, bind the Parties except as herein expressly set forth in writing and signed by all Parties.

8. The Court retains jurisdiction to enforce the provisions of this Stipulation.

SO STIPULATED AND AGREED this 7th day of March, 2013

/s/ Lee Gelernt
Lee Gelernt,* State Bar No. NY-8511
Dror Ladin* State Bar No. NY-4942215
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2619
lgelernt@aclu.org
dladin@aclu.org

Katherine Desormeau,* State Bar No. CA-266463
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 343-0778
kdesormeau@aclu.org

Michael Wishnie,* State Bar No. CT Juris No. 429553
Jerome N. Frank Legal Services Organization
Yale Law School
127 Wall Street
New Haven, CT 06511
Tel. (203) 432-4800
michael.wishnie@yale.edu

Sarah A. Dunne, WSBA #34869
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Tel. (206) 624-2184
dunne@aclu-wa.org

*Counsel for Plaintiff*

*Admitted *pro hac vice.*

Jenny A. Durkin
United States Attorney

Brian C. Kipnis
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-7970

Stuart F. Delery
Principal Deputy Assistant Attorney General

Elizabeth J. Shapiro
Deputy Branch Director

/s/ Marcia K. Sowles
Marcia K. Sowles
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7114
Washington, DC 20530

*Counsel for Defendants*

## II. ORDER

IT IS SO ORDERED.

DATED this __ day of March, 2013.

______________________________
ROBERT S. LASNIK
United States District Judge

4

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE
Case No. C09-642RSL

**ACLUF** IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor, NY, NY 10004
(212) 549-2616

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 7, 2013

/s/ Mariel Villarreal_______
Mariel Villarreal

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE
Case No. C09-642RSL

**ACLUF** IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor, NY, NY 10004
(212) 549-2616